

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

**D-1 JOSEPH DELFGAUW,**

    Defendant.
_____/

Case:2:18-cr-20030
Judge: Tarnow, Arthur J.
MJ: Grand, David R.
Filed: 01-17-2018 At 03:39 PM
INFO USA v. DELFGAUW (SO)

VIO:   18 U.S.C. §1344

## INFORMATION

The United States Attorney:

### COUNT ONE
(18 U.S.C. §1344 – Financial Institution Fraud)

**D-1   JOSEPH DELFGAUW**

1.    Beginning in or about January 2008 and continuing through July 2008, in the Eastern District of Michigan, Southern Division, defendant **JOSEPH DELFGAUW(D-1)**, executed a scheme to defraud and to obtain money owned by and under the control of financial institutions by means of material false and fraudulent pretenses and representations.

2. As part of the scheme **DELFGAUW** did the following:

a. In or about January 2008, **DELFGAUW** recruited WL to be the buyer of a property located at 2458 Elliot, Lincoln Park, Michigan.

b. **DELFGAUW**, with intent to defraud and without the knowledge of the mortgage lender Citimortgage, a financial institution, promised WL that although the property would be purchased in her name, she would not have to make the mortgage payments or fund the down payment.

c. **DELFGAUW,** with intent to defraud, arranged for his company to provide false proof of employment for WL, which was provided to Citimortgage with the intent to influence its decision to approve the loan.

d. Also with intent to defraud, **DELFGAUW** paid WL $3,000 after the closing once the property was purchased in her name.

e. After the loan was approved and the proceeds were disbursed, no payments were made. This caused the loan to default resulting in losses to the Citimortgage.

3.      All in violation of Title 18, United States Code Section 1344.

                        **MATTHEW SCHNEIDER**
                        United States Attorney

                        *Karen Reynolds (JN)*

                        **Karen L. Reynolds       P31029**
                        Assistant United States Attorney
                        White-Collar Crimes Unit
                        211 W. Fort Street, Ste. 2001
                        Detroit, MI 48226
                        (313) 226-9672
                        karen.reynolds@usdoj.gov

Dated: January 17, 2018


ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case:2:18-cr-20030<br>Judge: Tarnow, Arthur J.<br>MJ: Grand, David R.<br>Filed: 01-17-2018 At 03:39 PM<br>INFO USA v. DELFGAUW (SO) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

| **Companion Case Information** | Companion Case Number: 11-cr-20203 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Avern Cohn |
| ☒ Yes      ☐ No | AUSA's Initials: _KR (JN)_ |

Case Title: USA v. Joseph Delfgauw

County where offense occurred : Wayne

Check One:       ☒ Felony            ☐ Misdemeanor            ☐ Petty

    ____Indictment/__✓__Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:                              ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____       **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 17, 2018
    Date

_Karen Reynolds (JN)_
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9672
Fax:    (313) 226-2873
E-Mail address: Karen.Reynolds@usdoj.gov
Attorney Bar #: P31029

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.