UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:18–cr–20030–AC–DRG
                                         Hon. Avern Cohn

Joseph Delfgauw,

           Defendant(s),

## NOTICE TO APPEAR

   The following defendant(s) are hereby notified to appear:  Joseph Delfgauw

   The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 225, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  May 14, 2018 at 02:00 PM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/M. Verlinde
                                                       Case Manager

Dated:  April 26, 2018