# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,                    Case No. 2:18-cr-20030-AC-DRG
v.                                           Hon. Avern Cohn

D-1   JOSEPH DELFGAUW,
        Defendant.
_____/

## ORDER ALLOWING DEFENDANT TO TRAVEL TO CANADA

IT IS HEREBY ORDERED that the Petition to Amend Order Setting Conditions of Release (Doc #7) is hereby granted and Defendant shall be allowed to travel to Canada as a condition of release subject to notification requirements set forth by Pretrial Services.

SO ORDERED.

s/Avern Cohn
Avern Cohn
United States District Judge

Dated: May 29, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May ___, 2018, by electronic and/or ordinary mail.

_____