UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                   Case No. 2:18–cr–20030–AC–DRG
                                         Hon. Avern Cohn

Joseph Delfgauw,

           Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Joseph Delfgauw

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  November 26, 2018 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/M. Verlinde
                                                      Case Manager

Dated:  October 23, 2018