UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                              Plaintiff,

v.                                              Case No. 2:18−cr−20030−AC−DRG
                                                Hon. Avern Cohn

Joseph Delfgauw,

                              Defendant(s),

_____

## NOTICE TO APPEAR

   The following defendant(s) are hereby notified to appear:  Joseph Delfgauw

   The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 226, Detroit, Michigan, for the following proceeding(s):

   • SENTENCING:  December 7, 2018 at 11:00 AM


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/M. Verlinde_____
                                  Case Manager

Dated:  December 4, 2018