UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOSEPH DELFGAUW,

                Defendant.
_____/

CRIMINAL NO. 18-20030
HONORABLE AVERN COHN

### ORDER DENYING MOTION TO MODIFY TERMS OF SUPERVISED RELEASE TO ALLOW TRAVEL

Before the Court is Defendant's Motion Requesting permission to travel. This is a matter best determined by the Probation Officer.

SO ORDERED.

                S/Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

Dated: February 14, 2019